# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-102-09 | MAGIS. NO: |
|---|---|---|
| V.<br><br>JASON ERROL PERCIVAL | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Anderson Straker | **FILED**<br>JUL 30 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:                    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT HOSTAGE TAKING RESULTING IN DEATH;

HOSTAGE TAKING RESULTING IN DEATH;

AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>18:1203(a); 18:1203(a); and 18:2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED:<br>9/20/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/20/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  9/20/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>JOHN M. LONG CI/DUSM<br>U.S. MARSHALS | SIGNATURE OF ARRESTING OFFICER<br>John M. Long |
|---|---|---|
| DATE EXECUTED  7/30/2007 | | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:  Yes   No  X |

1218479