UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-102- 09, 10, 11, 12(JDB)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ANDERSON STRAKER** | : | |
| **WAYNE PIERRE** | : | |
| **CHRISTOPHER SEALEY** | : | |
| **KEVIN NIXON** | : | |

**PROPOSED ORDER**

Upon consideration of the government's Unopposed Motion to Reset Status and Enlarge Time to Notify the Court Concerning the Death Penalty, it is this ___ day of September, 2007,

ORDERED that (1) the motion is GRANTED for the reasons stated in the Motion; (2) the time by which the government shall notify the Court and counsel with regard to death penalty issues is enlarged until _ _____; and (3) the status hearing set for September 16, 2007 is reset for _____ .

_____
Judge JOHN D. BATES

cc:

Jeanne M. Hauch
National Security Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776 telephone
(202) 307-6059 facsimile

Bruce R. Hegyi
Federal Major Crimes Section
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-9637 telephone

Edward C. Sussman, Esquire
601 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 737-7110

John J. Carney, Esquire
Carney & Carney
601 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20004
(202) 434-8234
(202) 323-9760 (fax)

Pleasant Brodnax, Esquire
Moffitt & Brodnax
1700 Pennsylvania Ave., N.W.
Suite 400
Washington, D.C. 20006
(202) 462-1100

Patrick Donahue, Esquire
The Donahue Law Firm
18 West Street
Annapolis, MD 21401
(301) 261-1199
(410) 280-0905 (fax)