UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

              v.                   :   CR. NO. 06-102-ALL (JDB)

ANDERSON STRAKER ET AL             :

### DEFENDANT'S REQUEST FOR INTERIM COMPENSATION

     Counsel for defendant Straker, on behalf of all counsel appointed in this matter pursuant to the Criminal Justice Act, respectfully requests that this honorable court approve the payment of interim compensation and submit its approval to the U.S. Court of Appeals for the D.C. Circuit. In support of his request, the defendant states the following:

     1. The defendants stand indicted in a multi-count indictment in which they are charged with a complex and lengthy hostage taking in Trinidad. The case has been delayed by extradition proceeding relating to the remaining defendants and by the government's need to go through Justice Department procedures relating to the death penalty.

     2. Discovery is voluminous with thousands of pages of discovery relating to the offense and proceedings that have previously taken place in Trinidad.  Investigation of the matter is complicated by the fact that all events in this matter took place abroad.

     3. Payment of interim compensation, which is expressly provided by statute, will alleviate the financial hardship that counsel will be required to bear during the lengthy pendency of this matter.

     WHEREFORE, for the foregoing   reasons, counsel respectfully requests that the court grant their request and approve compensation in the manner suggested in the attached order.

Respectfully submitted,

_____
Edward C. Sussman, No. 174623

On Behalf of All Appointed Counsel
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C.. 20004
(202) 737-7110

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT a copy of the foregoing was served electronically on all interested parties on this 14th day of October, 2007..

_____
Edward C. Sussman

2