UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

      v.                                  :        CR. NO. 06-102-08  (JDB)

ANDERSON STRAKER                   :

MOTION FOR WITHDRAWAL OF COUNSEL

      Edward C. Sussman, Esq., appointed counsel for defendant Anderson Straker, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that he be permitted to withdraw in this matter. In support of his request, counsel states the following:

      1. Counsel was appointed to represent the defendant at the time of his arraignment on charges of hostage taking, in violation of 18 U.S.C. §1203(a) A status hearing in this matter is presently scheduled for November 15, 2007.

      2. Sometime in October, 2007, the defendant wrote to the Federal Defender and expressed his dissatisfaction with counsel.  Subsequently, counsel met with the defendant and believed that the relationship could be preserved.  Recently, however, the defendant has again written the Federal Defender and this honorable court renewing his desire to have new counsel appointed.

      3. Counsel has reviewed defendant's letter and has no desire to respond to the particular allegations of the defendant.  While counsel believes that he has represented the defendant both professionally and diligently, he has no desire to represent a defendant who does not want his

services. For that reason, counsel wishes to be excused from any further representation of Mr. Straker.

    4. Counsel has informed A.J. Kramer, Esq., the Federal Defender, of his intention to withdraw in this matter. It was counsel's intent that any change in representation should be as efficient and smooth as possible, and that substitute counsel might be available on the scheduled date of status.

    WHEREFORE, for the foregoing reasons, counsel respectfully requests that this honorable court grant his request and allow him to withdraw in this matter.

    Respectfully submitted,

_____
Edward C. Sussman No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of November, 2007, a copy of the foregoing was served on all interested parties through the electronic filing system.
.

_____
Edward C. Sussman