UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   CR. NO. 06-102-08 (JDB) |
| ANDERSON STRAKER | : |

O R D E R

The court has before it the request of Edward C. Sussman, Esq, that he be granted leave to withdraw in this matter. The court notes that counsel has advanced good cause for this request. It is, therefore, this _____ day of _____, 2006,

ORDERED, that the motion be, and hereby is, granted.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE