CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

      VS.        Criminal No.: 06-102 (JDB)

ANDERSON STRAKER
   Defendant

To: Nancy Mayer-Whittington, Clerk

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS CJA.

      _____/S/_____

      Steven R. Kiersh D.C. Bar #323329
      717 D Street, N.W., Suite 400
      Washington, D.C.  20004
      (202) 347-0200