UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDERSON STRAKER, et al.,<br><br>Defendants. | Criminal No. 06-102 (JDB)<br><br>**FILED**<br>DEC 1 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Before the Court is the motion of defendant Anderson Straker for authorization of interim vouchers for investigators under the Criminal Justice Act. Because of the expected length and complexity of the proceedings in the above-captioned matter, it is hereby

**ORDERED** that the following provisions shall govern interim voucher payments to all investigators for all remaining defendants:

1. Investigators may submit to the Office of the Federal Public Defender, each month, an appropriate interim CJA Form which shall be supported by detailed and itemized time and expense statements. Chapter VI and the applicable provisions of Chapter III of the Guidelines for the Administration of the Criminal Justice Act outline the procedures and rules for claims by persons providing investigative services under the CJA and should be followed regarding each voucher.

2. The Court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,500, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim voucher or any subsequent interim vouchers cumulatively seek hourly compensation exceeding the $7,500 per case ceiling (excluding reimbursement sought for expenses), these



vouchers must be approved by both this Court and the Chief Judge of this Circuit or his delegatee before disbursement can be made. One-fifth of the out-of-court compensation approved for each voucher shall be withheld until the final accounting

3. At the conclusion of the representation, each investigator shall submit a final voucher seeking payment of the one-fifth balance withheld from the earlier interim vouchers. After the review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit each to the Chief of the Circuit or his delegatee for review and approval.

Date: 10/23/07

_____
John D. Bates
United States District Judge

Date: 12/14/07

_____
Janice Rogers Brown
Judge, United States Court of Appeals
for the District of Columbia Circuit