UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                              Criminal No.: 06-102 (JDB)

ANDERSON STRAKER

**REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT
STRAKER'S MOTION FOR ORDER TO TRANSFER DEFENDANT FROM
ADMINISTRATIVE SEGREGATION INTO GENERAL POPULATION AT THE
<u>D.C. JAIL PENDING TRIAL</u>**

Defendant, by and through undersigned counsel, respectfully replies to the Government's Opposition to his request for an Order that he be transferred into general population at the D.C. Jail as follows:

At the outset counsel for defendant advises the Court and the United States that he has spoken directly with Assistant Attorney General Carol Burroughs regarding Mr. Straker's circumstance. Counsel has expressed his concerns about Mr. Straker's housing location and those concerns are on-going. Ms. Burroughs and counsel are going to further discuss these concerns after the New Year and have agreed not to ask the Court to rule upon defendant's Motion until there has been further consultation regarding defendant's housing at the D.C. Jail.

Defendant will advise the Court if an agreement can be reached concerning his housing status. If an agreement can not be reached, defendant will more fully address the issues raised in the government's reply and ask the Court to rule upon his Motion for Order to Transfer Defendant into General Population.

                                                      Respectfully submitted,

                                        _____/s/_____
                                        Steven R. Kiersh #323329
                                        717 D Street, N.W., Suite 400
                                        Washington, D.C. 20004
                                        (202) 347-0200
                                        skiersh@aol.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and accurate copy of the foregoing Reply was served, via PACER, upon Bruce R. Hegyi, Esquire, Assistant U.S. Attorney, 555 4th Street, N.W., Washington, D,.C. on this the 31st day of December, 2008

                                        _____
                                        Steven R. Kiersh