UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                          Criminal Case No.: 06-102 (JDB)

ANDERSON STRAKER

CONSENT MOTION AND POINTS AUTHORITIES IN SUPPORT
OF MOTION TO MOVE STATUS HEARING TO THE AFTERNOON

Defendant, by and through undersigned counsel, Steven R. Kiersh, respectfully sets forth to this Honorable Court as follows:

1. A status hearing for all parties is presently scheduled for February 19, 2008 at 9:00 a.m.

2. Undersigned counsel has received notice from the District of Columbia Court of Appeals that it has scheduled an oral argument for a matter being handled by counsel for February 19, 2008 at 9:30 a.m.

3. Undersigned counsel has spoken with Assistant United States Attorney Bruce Hegyi regarding this scheduling conflict. Mr. Hegyi has graciously agreed to move defendant's status hearing to the afternoon of February 19, 2008. Mr. Hegyi has also

represented that, if need be, the other parties can proceed in the morning and Mr. Straker's case can be heard by itself in the afternoon.

    4. Undersigned Counsel has spoken with counsel for the other defendants. All counsel have represented that they are available both in the morning and in the afternoon for the status hearing.

    5. Undersigned counsel apologizes for this inconvenience. However, it is a matter over which he had no control. Counsel appreciates any accommodation made by the parties and the Court.

    6. Defendant relies upon the discretionary powers of this Honorable Court in seeking this relief

    Wherefore, the foregoing considered, defendant prays this Honorable Court continue his status hearing to the afternoon of February 19, 2008.

    Respectfully submitted,

_____/S/_____
Steven R. Kiersh #323329
717 D Street, N.W., Suite 400
Washington, D.C. 20004
(202) 347-0200

## Certificate of Service

    I hereby certify that a true and accurate copy of the foregoing was served, VIA PACER, upon all counsel on this the 9th day of January, 2008.

_____/S/_____
Steven R. Kiersh

Case 1:06-cr-00102-JDB    Document 177    Filed 01/09/2008    Page 3 of 3