**UNITED STATES  DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**UNITED STATES OF AMERICA**



              **v.**                        **Criminal No.: 06-102 (JDB)**


**ANDERSON STRAKER**

### NOTICE OF CHANGE OF ADDRESS

The Clerk of the Court will please note the new address of counsel for Defendant:

> Steven R. Kiersh, Esquire
> 5335 Wisconsin Avenue, N.W.
> Suite 440
> Washington, D.C.  20015
> Telephone (202) 347-0200
> Facsimile (202) 248-9765


     `                      Respectfully submitted,


                      _____/s/_____
                      Steven R. Kiersh #323329
                      5335 Wisconsin Avenue, N.W., Suite 440
                      Washington, D.C. 20015
                      (202) 347-0200

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via PACER, on this the 13th day of February, 2008 upon Bruce Hegyi, Esquire, Assistant U.S. Attorney, and all other counsel of record.


                      _____/s/_____
                      Steven R. Kiersh

Case 1:06-cr-00102-JDB    Document 181    Filed 02/13/2008    Page 2 of 2