UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-102-9 (JDB) |
| ANDERSON STRAKER, | : |
| Defendant. | : |

**ORDER**

FILED
FEB 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon the oral motion of defendant __ANDERSON STRAKER__, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from __2/19/08__ through and including __3/13/08__, shall be excluded in computing the date for speedy trial in this case.

Dated: __Feb 19, 2008__

_____
JOHN D. BATES
United States District Judge

AGREED:

x__Anderson Straker_____
Defendant

_____
Defense Counsel

_____
Attorney for United States