UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDERSON STRAKER,<br>WAYNE PIERRE,<br>CHRISTOPHER SEALEY,<br>KEVIN NIXON,<br><br>Defendants. | Criminal No. 06-102 (JDB)<br><br>FILED<br>MAR 14 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Based on the representations of counsel at a status conference held on this date, and for the reasons indicated in open court, including the complexity of this multi-defendant case and the need to resolve several motions and for defense counsel to travel out of the country to investigate and prepare for trial, the Court finds that the interests and ends of justice are best served and outweigh the interests of the public and the defendants in a speedy trial, and accordingly, it is

**ORDERED** that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from March 13, 2008, through the trial in this case, which is now set for December 2, 2008, shall be excluded in computing the date for speedy trial in this case.

/s/
JOHN D. BATES
United States District Judge

Date: March 13, 2008