UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     Criminal No.: 06-102 (JDB)

ANDERSON STRAKER

**MOTION OF ANDERSON STRAKER TO ADOPT AND JOIN MOTION IN LIMINE TO PRECLUDE HEARSY FROM ALLEGED COCONSPIRATORS**

Defendant, Anderson Straker, by and through undersigned counsel, Steven R. Kiersh, does hereby respectfully set forth as follows:

1. On April 15, 2008 defendant Wayne Pierre, through counsel, filed a Motion in Limine to Preclude Hearsay From Alleged Coconspirators. (Document #196).

2. Defendant Anderson Straker believes that Mr. Pierre's Motion in Limine applies with equal force to him and requests leave to adopt and join the Motion in Limine to Preclude Hearsay from Alleged Coconspirators.

WHEREEFORE, the foregoing considered , defendant, Anderson Straker, prays this Honorable Court for leave to adopt and join defendant Wayne Pierre's Motion in Limine to Preclude Hearsay From Alleged Coconspirators.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh #323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served via PACER upon Bruce Hegyi, Esquire and Jeanne Hauch, Esquire, Assistant U.S. Attorneys, and all other counsel of record on this the 15th day of April, 20008.

_____/s/_____
Steven R. Kiersh