IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASON ERROL PERCIVAL, et al., | ) | Criminal No. 06-102 (JDB) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**GOVERNMENT'S NOTICE OF FILING OF THE WRITTEN OPINION
OF THE COURT OF APPEALS FOR TRINIDAD AND TOBAGO
RELATED TO THE EXTRADITION OF LEON NURSE,
RICARDO De FOUR, KEVON DEMERIEUX,
<u>AND ZION CLARKE</u>**

The United States of America ("United States" or "Government"), provides notice hereby of its filing herewith of a copy of the written opinion, dated May 12, 2008, of the Court of Appeals for the Republic of Trinidad & Tobago, dismissing the appeals of Leon Nurse, Ricardo De Four, Kevon Demerieux, and Zion Clarke.

A true and correct copy of the thirty-one page opinion is attached hereto.

       Respectfully submitted,

       JEFFREY A. TAYLOR (D.C. Bar No. 498610)
       United States Attorney

         /S/

By:  _____
       BRUCE R. HEGYI (D.C. Bar No. 422741)
       Assistant United States Attorney
       Federal Major Crimes Section
       555 Fourth Street, N.W., Room 4848
       Washington, D.C. 20530
       (202) 305-9637
       (202) 353-9414 (fax)
       www.bruce.hegyi@usdoj.gov


       JEANNE M. HAUCH
       Assistant United States Attorney
       National Security Section
       555 Fourth Street, N.W., 11th Floor
       Washington, D.C. 20530
       (202) 514-5776