UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDERSON STRAKER,<br>WAYNE PIERRE,<br>CHRISTOPHER SEALEY,<br>KEVIN NIXON,<br><br>    Defendants. | Criminal No.  06-102  (JDB) |

### ORDER

Upon consideration of defendants' unopposed motion to amend briefing schedule and the status hearing held on this __1st__ day of July 2008, it is hereby

**ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the following schedule shall govern the remainder of this case:

1.  The following motions shall be filed by not later than July 7, 2008:

    a.  Any motions pertaining to the taking of depositions of unavailable witnesses (including ex parte witness lists accompanying such motion).

    b.  Any motions for the issuance of letters rogatory.[1]

    c.  Any motions seeking production of evidence in support of a motion to suppress.

    Defendants shall provide the government oral notice of their intended filings by not later than 11:00 a.m. on July 7, 2008, to enable scheduling matters to be

---

[1] Defendant Straker already has filed a motion for the issuance of letters rogatory, but counsel indicated that he may seek the issuance of further letters rogatory, depending on the information that is obtained from any future depositions.  This deadline will not preclude the filing of such a supplemental motion.

addressed by the government.

2. The government's response to the foregoing motions shall proceed as follows:

   a. The government's response to the foregoing motions, including the pending motions filed by Straker and Pierre on the subjects enumerated in paragraph 1 (that is, ECF Doc. #205, #206, #207, and #211), shall be filed by not later than July 11, 2008. Reply briefs, if any, shall be filed by not later than July 18, 2008.

   b. In the event that the forthcoming defense motions to be filed on July 7, 2008 raise new arguments not previously set forth in Straker and Pierre's motions (that is, ECF Doc. #205, #206, #207, and #211), the government shall so notify the Court and provide the Court its proposal for a revised expedited briefing schedule by not later than 4:00 p.m. on July 7, 2008.

3. Any further memoranda concerning the admissibility of evidence identified in the Government's Notice of Intention to Introduce Evidence Pursuant to Fed. R. Evid. 404(b) (ECF Doc. #199) shall be filed by not later than July 15, 2008.

4. All other pretrial motions shall be filed by not later than July 8, 2008. Responses thereto shall be filed by not later than August 8, 2008. Replies, if any, shall be filed by not later than August 22, 2008.

5. The motions hearing scheduled for September 19, 2008 shall remain unchanged.

6. Any motion(s) to use a jury questionnaire for voir dire, including the proposed questionnaire(s), shall be filed by not later than September 30, 2008. Defendants shall make good faith efforts to prepare a single joint questionnaire. Responses shall be filed by not later than October 14, 2008. Replies shall be filed by not later than October 21, 2008.

7.  Voir dire shall take place on December 2, 2008. Trial shall commence on December 8, 2008 and run through December 23, 2008.  If necessary, trial shall resume on January 5, 2009, and continue through January 9, 2009.

**SO ORDERED.**

                                                /s/  
                              JOHN D. BATES  
                      United States District Judge

Date:  July 1, 2008