FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  01/15/2006

On January 9, 2006, ANDERSON PATRICK STRAKER aka Andy, date of birth November 17, 1973, place of birth Mayaro, Trinidad, of Pierreville, Mayaro, Trinidad, cellular telephone number 868-768-8899, was interviewed at the La Horquetta Police Station in La Horquetta, Trinidad. Also present for the interview were Assistant Legal Attache (ALAT) Marvin L. Freeman and TRINIDAD AND TOBAGO POLICE SERVICES (TTPS) Detective Wendell Lucas. After being advised of the identities of the interviewing agents and the purpose of the interview, STRAKER provided the following information:

STRAKER was presented with an International Notification of Rights Form to advise him of his rights. STRAKER did not waive his rights and told the undersigned agents he had spoken with an attorney who advised him not to say anything. STRAKER explained that while in police custody, another individual incarcerated in the same holding cell snuck a cellular telephone into the holding cell. The cellular telephone was sent out and brought back in fully charged on more than one occasion. It was via this telephone that STRAKER was able to make outgoing calls.

Although STRAKER did not wish to discuss the case in general, he stated that he did not wish to be "difficult" for the interviewing agents, but stated that his children could not pay for his own "mistake." STRAKER told the interviewing agents that "big people" are involved in this and that threats have been made against his family members. STRAKER would not elaborate on the content of the threats.

STRAKER did provide the following biographical information concerning his family situation/relatives: STRAKER has a wife, MARSHA GREGOIRE, 34 years of age, and four female children, ranging in age from 1.5 years of age to 12 years of age. They all reside with him in Mayaro, Trinidad.

STRAKER also has a 7 year old boy who resides in Montreal, Canada with STRAKER's ex-girlfriend, KATHY LONG. STRAKER also has a friend, CARLTON RODRIGUEZ, who is from Trinidad but lives in Montreal. STRAKER had given a statement to Trinidad Police in which he acknowledged visiting his child in Canada in May 2005 and stated that he traveled via AIR CANADA. STRAKER also has a cousin, WEEDON STRAKER, who lives in Winnipeg, Canada.

STRAKER has four other relatives that live in the metropolitan New York City area. His stepbrother, JAMAL PETERS, lives in Brooklyn, New York. His stepsisters, ALISON PETERS and DEON PETERS, live in Queens and Brooklyn, New York, respectively. STRAKER also has an ex-wife, GISELLE BRATHWAITE, who is from Trinidad, but lives in Brooklyn, New York. STRAKER stated that WINSTON "Gypsy" PETERS took him in as a child in Trinidad and raised him. The aforementioned relatives in New York are children of WINSTON PETERS.

---

Investigation on  01/09/2006  at  La Horquetta, Trinidad

File #  256C-MM-106219                                    Date dictated

by  SA WILLIAM T. CLAUSS II/wtc
    SA EDGAR CRUZ

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of __ANDERSON PATRICK STRAKER__ , On 01/09/2006 , Page 2

      As previously mentioned, STRAKER did not wish to speak with the interviewing agents at this time regarding the details of the case for which he was arrested. He stated, however, that after having access to his attorney, he would be willing to speak to the agents. STRAKER was provided with contact numbers for ALAT Freeman at the U.S. Embassy in Trinidad.