**STATEMENT**

MICHAEL BOYKE

Name: CHRISTOPHER SEALEY     Sex: Male   Age: 32 years   D.O.B. 23/6/75
Occupation: Shop Keeper     Address: La Corbie Road, Sauteurs, Anse La Roche, Punta Cruz

Investigating Officer taking Statement No. 1315 P. W.PC. M. MITCHELL - Carriacou
Others present: No. 11602 Pt. RIDER, JUSTICE OF THE PEACE Mr. ASQUITH CLARKE and HYATT DAVID SEALEY JNR.
Date 8 August 2006   Time Commenced: 9.15pm   Place: Hillsborough Police Station

I, MICHAEL BOURNE, also known as CHRISTOPHER SEALEY and BOYKE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be given in evidence. I have also been told that I have the right to retain a legal advisor. Christopher Bourne

[Signatures: A.W Clarke, Justice of the Peace / St George East 8/8/06]

On early January 2005 WAYNE PIERRE come and check me and say he have some stone line up to tell me how we go meet by Melounodes. When we reach by Melounodes everybody was dey. The soldiers and them. CB & about the same man, like which part he does be drinking in El Socoro, and after the meeting by the bar they tell we to go across by the car when we reach across to the car the soldier bring the two open and handed it to me and after and after the soldier bring the two open and handed it to me and after the driver drive off and

Christopher Bourne 8-8-06
M. Mitchell wPc 1315P 8/8/06

Christopher Bourne 8-8-06
M. Mitchell wPc 1315P 8/8/06

CB video and after we drive down
CB tranfes he drive around and
Blocorre show we where the man is inside
the bar. After we leave and come
out the coffin and went inside the
bar and after we reach in the bar
I end up sticking the man up.
Me and Draica and after we
took him to the car Draicá was
driving the man up to Santa Cruz
and found him over to the man
dey call SOLDIER. After we
hand him over dey tell him
and go away with him. To
leave and went home and then
the SOLDIER come up the road
by me in the night for the gun
the AUD no that's it and NO I
CR give after the city give the SOLDIER CB
want meh come to call. They
end up calling meh some and NOW I
do it and besides that I have a
witness who come and was there when
he come and collect the gun. After
that NINJA come and tell meh that
the man died will come sickness
he had and he end up chopping
him up and throwing him and
everything in NINJA was in he car
when he come and tell meh that.

Christopher Baron 8-8-06

Christopher Baron 8-8-06 [signature] [stamp: Justice of the Peace St. George East]

# STATEMENT

Name................................................ Sex........ Age........
Occupation........................................ Address..........................
Investigating Officer taking Statement....................... Continued
Others present..................................
Date.......................... Time Commenced.............. Place..........................

**QUESTION:** Do you know who is Pierre by any other name and where does he live?

**ANSWER:** Yeah Ninja and he live in Bourg Mulatresse Santa Cruz and he went to school together and I use to see him in school.

**QUESTION:** What do you mean by school hook up?

**ANSWER:** The end up coming up and showing men about the soldier and how and they were planning to kidnap the man for money and they were planning it by Malondos.

**QUESTION:** How much money was he talking about?

**ANSWER:** He was talking about (7) seven millio dollars $7,000,000.00

**QUESTION:** Were you promise any share of the money?

**ANSWER:** They was just talking about the seven million and how to get it.

**QUESTION:** Where is Melawoods?

**ANSWER:** That is by the Club in Bourg Mulatress.

**QUESTION:** Who was at the meeting at the CB of Christopher Bourne 8-8-06 Mr Melowoods P 8-8-06
Milinston #76 8-8-06

[signatures]
St George East

club?
Answer: It was no Striker Ninja and three soldiers.
Question: Do you know Striker Ninja any other name?
Answer: No all I know is that he living somewhere in Santa Cruz.
Question: Describe the man in the bar?
Answer: It was ah Indian, low hair Slim. Will I heard anything.
Question: Did the soldier tell you anything about the men?
Answer: They say he used to fight was in Vietnam or something like that.
Question: Describe the soldiers who was at Melowwoods?
Answer: It had one that was taller than all the rest dark this hair was low. Next one he was making hand with ninja and he was not in the force.
and he get throw out of the force. He was brown skin, short, stought, muscular the body and had a low cost. I know him by seeing him in Boira Mulatress opposite ninja house somewhere ninja would pass with him in the car. That have the next one he still in the force he used to be firing where they does fix radio and thing by Miguel and then opposite Melowwoods

Christopher Bourne 8-8-06
S.P. Tr. No.-P190-50,000-r99
MC08606 8/8/06

at George East

**STATEMENT**

Name............................................ Sex......... Age.........
Occupation.................... Address.................
Investigating Officer taking Statement.........................
Others present............................................
Date.................... Time Commenced.................... Place....................

and I use to pass and see him right through. He was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?
ANSWER: Yeah, he name Smiley all of we went to school together. He was older than me and he living up in Bravo Mulateress by Ninth.

QUESTION: Does Brint have a car and describe it?
ANSWER: Yeah he have one a think it is a grey but she don't know the number.

QUESTION: What do you mean by sticking him up and say how this was done?
ANSWER: Shaka was standing outside the road in front the club and I see come for him and axe I tell him lah we week. I had the gun in nah hand that was a dummy gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything

Christopher: Bourne 8-8-06 at [illegible] 8:50 p.m.
[signature] Scott 8-30-6

[signatures in margin: Justice of the Peace; St. George east; M Watson 8/8/06]

he just walk behind when we reach to the car STAKA put him inside the car and after I jump in and went up the road with Bruey. and the same soldier who was always with NINJA was sitting in a car and the road watching the scene.

QUESTION: When you was bulldozing and the soldier bring the gun, which one of the soldier was that?
ANSWER: The same soldier who was moving with ninja and living up by Taylor, CB.

QUESTION: Who showed you that he gave neh the gun inside the car.
ANSWER: the same soldier who was living up by NINJA, the same soldier who was living up by NINJA.

QUESTION: When did you hear the man dead and how long after you leave off his death.
ANSWER: It was about two weeks ah hear he dead when NINJA come up by the shop and tell me the man dead and the on he hand and he chop him up.

QUESTION: Did you receive any money.
ANSWER: No.

QUESTION: Did you kill the man?
ANSWER: Did not kill no man and neh ah take part in it.

Christopher Bowers 8-8-0-6

**STATEMENT**

Name............................................................ Sex............ Age............
Occupation....................................................
Address........................................................
Investigating Officer taking Statement ...Collin...
Others present................................................
Date...................... Time Commenced.............. Place..............

QUESTION: If you see the soldier who was riding with MISTA all the time would you be able to identify him?

ANSWER: Yeah because he was set next up with the guy Christopher.

The above statement has been read to me and I have been told that I can correct, alter or add anything which this statement is true I have made it of my own free will.

Christopher Bourne
8-8-06
Station JP 8/8/06

I certify that I was requested by the police at the Homicide Bureau of force that my presence was needed. On my arrival I noticed #3151 WPC Craig #6587 PC Pinder, young woman name Michael Bourne also called Christopher Scaley and her father Hugh Watchlaken. DPC Greene informed me she was investigating an incident of hurting and Michael Bourne was the suspect. After agreed the police officers to leave the room so I could speak to the suspect

Justice of St George

[signature]
8/8/06

to what they complied. I then asked the suspect if he was threatened, pressured or promised anything to give the statement and he said no. He was given on his own free will to also told him he must object to give any statement and he wanted to give a statement and he verified the police to write the statement. I then read aloud the preamble to WPC Corbin as required at the top and read the preamble to the suspect and he said understood and she wrote it. The suspect agreed and related himself also agreed with his father PC Pinds and myself also signed and dated it. The suspect dictated his statement while WPC Corbin recorded it. The suspect also asked question as to clarify certain questions which needed to be properly answered. She asked the suspect questions to what was satisfied with the brief as he said the brief to the statement in the presence of himself, he said he was satisfied it correctly, and dated before PC Pinds. The suspect signed and dated below PC Pinds. The suspect and myself

[signature]
Justice of the
St. George East

**STATEMENT**

Name_____ Sex_____ Age_____
Occupation_____
Address_____
Investigating Officer taking Statement_____
Others present_____
Date_____ Time Commenced_____ Place_____

Signed and dated p. The deceased then wrote a Certificate from the Judges Rules & Cheek Agleen he signed and dated & further disbourne PC Finoly and I did take same.

Agnela Drake
Justice of the Peace
St. George East    8/8/06

Case ended 9.45pm on Tuesday 8th August 2006
Recorded by: Tomelene Mitchil Ogoro ASP Ogoro ass #706.

[signature]
Justice of the peace
St. George East 8/8/06