UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>ANDERSON STRAKER,<br>WAYNE PIERRE,<br>CHRISTOPHER SEALEY,<br>KEVIN NIXON,<br><br>   Defendants. | Criminal No. 06-102 (JDB) |

## ORDER

Upon consideration of [#217] Nixon's motion in limine to exclude Rule 404(b) evidence, [#203] Pierre's motion for disclosure or, in the alternative, motion in limine to exclude Rule 404(b) evidence, [#205] [#206] [#218] [#219] all defendants' motions to conduct Rule 15 depositions and to seal their proposed witness lists, and [#207] Straker's second motion to compel discovery, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [#217] Nixon's motion in limine to exclude Rule 404(b) evidence is **DENIED** and [#203] Pierre's motion in limine to exclude Rule 404(b) evidence is **DENIED IN PART AND GRANTED IN PART**; it is further

**ORDERED** that the evidence of the Dexter Jagdeo, Robin Ramadar, and Kazim Rahim hostage takings will be admitted, but evidence of the Gerald Gopaul hostage taking will be excluded; it is further

**ORDERED** that defendants' motions to submit ex parte witness lists under seal is **GRANTED**, and the Clerk of Court shall place those witness lists under seal; it is further

      **ORDERED** that [#205] [#206] [#218] [#219] all of the pending motions to conduct Rule 15 depositions and [#207] Straker's second motion to compel discovery will be treated as **ADOPTED** by each defendant; it is further

      **ORDERED** that [#218] [#219] Nixon's and Sealey's motions to conduct Rule 15 depositions are **GRANTED** with respect to the following witnesses: Anand Gajadhar, Zyroon Gajadahr, Gayadeen Boodhoo, and Vincent Julien; it is further

      **ORDERED** that [#205] [#206] [#218] [#219] defendants' motions to conduct any further Rule 15 depositions are **DENIED**; and it is further

      **ORDERED** that [#207] Straker's second motion to compel discovery is **DENIED** as to all defendants.

                                                                /s/  
                                                        JOHN D. BATES  
                                      United States District Judge

Date: July 28, 2008