FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  07/30/2007

On July 29, 2007, ANDERSON PATRICK STRAKER aka Andy (hereinafter "STRAKER"), date of birth November 17, 1973, place of birth Mayaro, Trinidad, of Pierreville, Mayaro, Trinidad, was arrested at the Piarco International Airport, Trinidad. Undersigned agent SA Clauss presented STRAKER with an FBI Form FD-395, Advice of Rights Form. STRAKER signed the form, waived his rights and agreed to speak to the interviewing agents. FBI Assistant Legal Attache (ALAT) Michael J. LaPlante was present during part of the interview. STRAKER provided the following information concerning the kidnapping and death of BALRAM BACHU MAHARAJ aka Balo (hereinafter "MAHARAJ"):

STRAKER has four children (daughters, ages 4, 6, 11, and 12) with Marsha Gregwah (Phonetic). His 12 year old daughter became pregnant and gave birth following his arrest. STRAKER also has a child (son, age 10) with Kathy Long in Canada. STRAKER's biological father, Patrick Stewart, is an American. STRAKER lived in New York for five years and in Montreal, Canada for four years. He never had any problems in New York or Canada.

Prior to the kidnapping of MAHARAJ, STRAKER knew DOREEN ALEXANDER (hereinafter "ALEXANDER"), LEON NURSE (hereinafter "NURSE"), and DAVID SUCHIT (hereinafter "SUCHIT"). STRAKER recognized ZION CLARKE (hereinafter "CLARKE") from the area but did not know him.

STRAKER met ALEXANDER when he and his family rented a room in the residence she lived in. ALEXANDER had a child with MAHARAJ. MAHARAJ kidnapped the son in the past and took him to the United States. ALEXANDER had to go to court to get him back. She was afraid that MAHARAJ would try to kidnap their son again and asked STRAKER to find someone who could put a "strain" on him by kidnapping him. She hoped that by going through a kidnapping, he (MAHARAJ) would leave Trinidad and never want to come back again, thus preventing him from taking their son away from her.

ALEXANDER also told STRAKER that MAHARAJ had money which she wanted. STRAKER does not believe that ALEXANDER wanted MAHARAJ to die but when she learned that he had died, she did not care. STRAKER did not learn until later that MAHARAJ was a soldier. ALEXANDER told STRAKER that they should ask for a ransom of

Investigation on  07/29/2007   at  San Juan, Puerto Rico/Washington D.C.

File # 256C-MM-106219 (302)         Date dictated  NA
    SA EDGAR CRUZ:ec
by  SA WILLIAM T. CLAUSS II

GOVERNMENT EXHIBIT A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of __ANDERSON PATRICK STRAKER__ , On __07/29/2007__ , Page __2__

$5,000,000 Trinidad and Tobago (TT) dollars for MAHARAJ. STRAKER stated that he expected to receive a fair amount of the ransom payment for his part in bringing the plan to NURSE and the others who would do the actual kidnapping. STRAKER stated that he agreed to participate in the kidnapping because he wanted the money and he knew about ALEXANDER's situation with the child and MAHARAJ and he (STRAKER) wanted to help her. He did not know MAHARAJ and only knew that he was back in Trinidad when ALEXANDER had told him.

STRAKER knew NURSE prior to the kidnapping. He brought the plan to kidnap MAHARAJ to NURSE because he knew NURSE was involved in kidnappings and he (NURSE) trusted him (STRAKER). He first told NURSE about ALEXANDER's plan to kidnap MAHARAJ approximately two months prior to the kidnapping. The first meeting STRAKER had with NURSE to discuss the kidnapping, was approximately one month prior to the kidnapping at a beach in Chaguaramas, Trinidad. He told NURSE about ALEXANDER's plan to have MAHARAJ kidnapped and told him that MAHARAJ had decent money.

NURSE introduced STRAKER to JASON PERCIVAL aka Soldier (hereinafter "PERCIVAL"). STRAKER stated that PERCIVAL was an ex-soldier of the TRINIDAD AND TOBAGO DEFENSE FORCES (TTDF) and STRAKER did not learn PERCIVAL's first name until after he (STRAKER) was arrested. STRAKER stated PERCIVAL was the man who "gets things done" and the one "in charge of the scene." PERCIVAL and RICARDO DE FOUR (hereinafter "DE FOUR") were soldiers and the others respected them. They (PERCIVAL and DE FOUR) would influence the other to do things. STRAKER stated that PERCIVAL was the leader and even NURSE would follow him. He met with PERCIVAL on two occasions. The first meeting was in Arima, Trinidad. DE FOUR and RICARDO STEVENSON (hereinafter "STEVENSON") were present at this meeting. PERCIVAL suggested kidnapping MAHARAJ's son because he knew MAHARAJ loved him and would pay money for his release. He (PERCIVAL) also stated that if they did not get MAHARAJ, they would kidnap MAHARAJ's mother instead.

STRAKER later introduced ALEXANDER to NURSE to discuss the plan to kidnap MAHARAJ. ALEXANDER told them that MAHARAJ had money and she wanted him kidnapped. They told ALEXANDER about PERCIVAL's suggestion to kidnap the child. She did not want them to kidnap the child but agreed to be kidnapped along with him if necessary. STRAKER stated that money was the object.

Prior to the kidnapping, ALEXANDER showed STRAKER a photograph of MAHARAJ so he could identify him to the others.

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of __ANDERSON PATRICK STRAKER__ , On _07/29/2007_ , Page __3__

STRAKER took NURSE, PERCIVAL, and RUSSEL JOSEPH (hereinafter "JOSEPH") to a bar on Chandy Lane, El Socorro, Trinidad where MAHARAJ was known to frequent. This was the second time STRAKER met with PERCIVAL. At the bar, STRAKER identified MAHARAJ to the others. While at the bar, STEVENSON pulled up and joined the discussion. STRAKER did not hear any specific comments from STEVENSON at this meeting.

On the day MAHARAJ was kidnapped, NURSE called STRAKER to let him know he (NURSE) was at the MELLOW MOODS BAR. STRAKER went to the bar and met with NURSE, PERCIVAL, DE FOUR, and JOSEPH. WAYNE PIERRE aka Ninja and KEVIN NIXON aka Shaka were in a car outside the bar. STRAKER learned at this meeting that they had kidnapped MAHARAJ.

The day after MAHARAJ was kidnaped, ALEXANDER called STRAKER. She thought MAHARAJ had been kidnapped by another group. STRAKER told her that NURSE and his crew had kidnapped him. ALEXANDER asked STRAKER how MAHARAJ was doing.

During the kidnapping, NURSE asked STRAKER to go into the bush where MAHARAJ was being held. NURSE told STRAKER that the man (MAHARAJ) was telling them that he was not the right person. NURSE wanted STRAKER to go to the bush and confirm they had MAHARAJ. JOSEPH took STRAKER to the bush and to where they were holding MAHARAJ. CLARKE, KEVON DEMERIEUX aka Ketchit, KENNETH PIERRE, and KEVIN NIXON aka Shaka were present. CLARKE and DEMERIEUX were dressed in camouflage. STRAKER stated that CLARKE was armed with a gun he described as a spin barrel (revolver) 38, a "big old time gun". STRAKER saw the man they were holding and confirmed it was MAHARAJ. They had covered MAHARAJ's eyes with a cloth. His hands and feet were tied with rope. STRAKER stated MAHARAJ looked as if he had been beaten, he had "licks" on his face. STRAKER knew he was sick from news reports and felt bad for MAHARAJ. He asked JOSEPH to let MAHARAJ go.

Later, NURSE called STRAKER to tell him that "them fellas beat the man and he dead". Four to five days after MAHARAJ died PERCIVAL and DE FOUR called STRAKER to tell him they wanted to see him in Santa Cruz, Trinidad. STRAKER stated they believed he would talk to the police and wanted to kill him. NURSE warned STRAKER to stay away from them. Later, NURSE asked STRAKER to go with JOSEPH to kill ALEXANDER. NURSE wanted them to kill ALEXANDER because she had met him (NURSE) and could identify him. STRAKER stated PERCIVAL and DE FOUR seemed confused as to what they wanted to do

FD-302a (Rev. 10-6-95)

256C-MM-106219

Continuation of FD-302 of __ANDERSON PATRICK STRAKER__ , On _07/29/2007_ , Page _4_

at the time because at first they wanted to kill him (STRAKER), but then they wanted him (STRAKER) to kill ALEXANDER.

STRAKER told SUCHIT about MAHARAJ's kidnapping because he wanted someone to talk to and to confide in. SUCHIT was never involved in the kidnapping and only used the information he learned from STRAKER to make money from it. He never talked about the kidnapping with SUCHIT until after he (STRAKER) and NURSE met and discussed it. STRAKER never visited NURSE's house with SUCHIT or went to any phone booth with him to make any calls during the kidnapping. Following MAHARAJ's death, STRAKER told SUCHIT that MAHARAJ was dead and asked him if he would tell ALEXANDER. STRAKER drove SUCHIT to ALEXANDER's residence to deliver the message that MAHARAJ was dead. He wanted SUCHIT to deliver the message because he (STRAKER) was afraid the police were watching ALEXANDER's residence.

STRAKER stated he went to Canada following MAHARAJ's death because he was upset about what had happened. He had applied for a visa because KATHY LONG had promised to help him buy a truck and he had just received a license to drive extra heavy trucks.

Following STRAKER's arrest and while he was in jail he learned additional information about the kidnapping. He heard that DEMERIEUX and CLARKE had beaten MAHARAJ. DEMERIEUX told MAHARAJ that they would show him who was a soldier and then broke his finger. CHRISTOPHER SEALEY aka Boyie (hereinafter "SEALEY") told STRAKER that PERCIVAL had given NIXON an empty gun which he used to kidnap MAHARAJ.