## NOTIFICATION OF RIGHTS

We are representatives of the U.S. government. According to our laws, you are entitled to certain rights. Before we ask you any questions, we want to be certain that you understand such rights.

You do not have to speak to us nor do you have to answer any questions. Even though you may have spoke to the Trinidad authorities, you do not have to speak to us right now. If you do speak to us, everything that you say can be used against you in a court of law, in the United States or anywhere else.

In the United States, you would have the right to seek advice from an attorney before we asked you any questions and to have an attorney with you during your interrogation. If you were in the United States and could not afford an attorney, you would be provided an attorney at no cost before submitting to any questions, if you so desired. Since you are not in our custody, nor are we in the United States, we cannot assure that you will have access to an attorney, nor can we assure that you will be provided with an attorney before we ask you any questions, or when we are asking such questions. If you wish to have an attorney but Trinidad authorities do not allow you access to one, or if they refuse to provide you an attorney at this time, you may opt not to speak to us. If you decide to speak to us without an attorney present, you reserve the right to decline to answer our questions at any time.

Moreover, you should understand that if you choose not to speak to us, that fact may not be used as evidence against you in a court of law in the United States.

I have read this notice of my rights and I understand what my rights are. _CB_

I am prepared to give a statement and to answer questions. _CB_

I do not wish to have an attorney at this time. _CB_

I understand and I know what I am doing. _CB_

I have received no promises or threats nor have I been subjected to pressure or coercion of any sort. _CB_

Signed: _Christopher Bacon_

Witness: _[signature]_

Witness: _[signature] 8/8/06_

Date/Time: _8/8/2006 10:45 PM_

GOVERNMENT EXHIBIT E