1

2                    **IN THE UNITED STATES DISTRICT COURT**

3                        **FOR THE DISTRICT OF COLUMBIA**

4    UNITED STATES OF AMERICA        .
                        Plaintiff,    .

5    vs.                             .   CR No. 06-0102-05 (JDR)

6    DAVID SUCHIT,                   .   Washington, D.C.
                                     .   Tuesday, June 5, 2007

7                    Defendant.      .   1:52 p.m.
     . . . . . . . . . . . . . . .   .   Afternoon Session

8

9                        TRANSCRIPT OF JURY TRIAL

10              BEFORE THE HONORABLE JOHN D. BATES

11                 UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Government:   BRUCE R. HEGYI, AUSA
                           JEANNE M. HAUCH, AUSA
14                         U.S. Attorney's Office
                           555 Fourth Street
15                         Room 11-443
                           Washington, D.C. 20530
16                         202-305-9637

17   For the Defendant:    DIANE S. LEPLEY, ESQ
                           400 Seventh Street, NW
18                         Suite 400
                           Washington, D.C. 20004
19                         202-393-0007

20
     Court Reporter:   Cathryn J. Jones, RPR
21                     Official Court Reporter
                       Room 6427, U.S. District Court
22                     333 Constitution Avenue, N.W.
                       Washington, D.C. 20001
23

24
     Proceedings recorded by machine shorthand, transcript
25   produced by computer-aided transcription.

2

1

2                                    TABLE OF CONTENTS

3

4                                        **WITNESSES**

5

6       **On behalf of the Government:**

7                                              Direct     Cross   Redirect

8       ZYROON GAJADHAR

9           (By Ms. Hauch        )        4
            (By Ms. Lepley       )                  16
10      DAVIE GANACE

11          (By Mr. Hegyi        )       18                 63
            (By Ms. Lepley       )                  49
12      MICHELLE MOREY

13          (By Mr. Hegyi        )       64                 85
            (By Ms. Lepley       )                  75
14      KELVIN SEEPAUL

15          (By Mr. Hegyi        )       92

16                              E X H I B I T S

17      Government's Exhibit Number          Identified      Admitted

18      930 and 930-B                                           7
        101-A and 101-B                                        20
19      308-A and 308-C                                        43
        701-G                                                  47
20      307                                                    72

21      Defendant's Exhibit Number         Identified      Admitted

22      2                                       61

23

24

25

4

```
 1              MS. HAUCH:  The government calls Zyroon Gajadhar.

 2         Thereupon,

 3                        ZYROON GAJADHAR,

 4  having been called as a witness for and on behalf of the

 5  GOVERNMENT, and having been first duly sworn by the Deputy

 6  Clerk, was examined and testified, as follows:

 7              THE WITNESS:  Yes, I do.

 8                        DIRECT EXAMINATION

 9  BY MS. HAUCH:

10  Q    Good afternoon, ma'am.

11  A    Good afternoon.

12  Q    Could you please introduce yourself to the ladies and

13  gentlemen, and then spell both your first and last names for

14  the court reporter?

15  A    My name is Zyroon Gajadhar. I live at number one King

16  Street Roundways.  Spell my name now?

17  Q    Yes, please, both your first and your last name.

18  A    Z-Y-R-O-O-N.  G-A-J-A-D-H-A-R, Zyroon Gajadhar.

19  Q    What city do you live near?

20  A    Huh?

21  Q    What city do you live near?

22  A    In Trinidad.

23  Q    Do you live near the city of Port of Spain or a

24  different city?

25  A    Different city, in Roundways.
```

5

```
1    Q    About how far is that from the Port of Spain?

2    A    It's about a half mile.

3    Q    Do you work?

4    A    Home, housewife.

5    Q    Do you have any children?

6    A    Yes, ma'am.

7    Q    How many?

8    A    Four.

9    Q    Are they boys or girls?

10   A    Two boys, two girls.

11   Q    What are the names of your children, please?

12   A    My boys, Asher Gajadhar, Ana Gajadhar; Sema Gajadhar

13   and Shira Gajadhar.

14   Q    Do any of your sons operate any businesses?

15   A    Yes, my second son, which Ana Gajadhar.

16   Q    What is the name of your son Ana's business?

17   A    Samaan Tree Restaurant and Bar.

18   Q    About how old is your son Ana?

19   A    He's 33 years old.

20   Q    And where is the Samaan Tree Restaurant and Bar

21   located?

22   A    In the middle of the Roundways, the middle.

23   Q    Is there an actual tree near the restaurant and bar?

24   A    Yes, ma'am, tree, Tree is Samaan Tree.

25   Q    Is that a large tree or small tree?
```

6

1    A    Large tree, very large.

2    Q    About how long has the Samaan Tree Bar been there, do

3    you know?

4    A    Around 19 years.

5    Q    About how long has your son been running it?

6    A    About nine years.

7    Q    I'd now like to show you two photographs.  They're

8    going to appear on the screen right to your right.

9    A    Yes, ma'am.

10   Q    And I'd like you to please take a look at each of the

11   photographs.

12   A    Yes, ma'am.

13   Q    May I have 930 and 930-B, please.  Okay.  Now, we're

14   looking at 930, and then I'd like to look at the other photo

15   as well, 930-B.  Looking at the first photograph, number

16   930, Ms. Gajadhar, what is 930 a photograph of?

17   A    930 is this, Samaan Tree Bar, the whole bar.

18   Q    That's a photo of the bar that your son operates?

19   A    Yes, ma'am.

20   Q    And now let's look at 930-B.  What is 930-B a photo of?

21   A    This is part of Samaan Tree here.

22   Q    And both of those photos that you just looked at, 930

23   and 930-B, are they clear and accurate photos of what the

24   bar looks like?

25   A    Yes, ma'am.

7

1          MS. HAUCH:  I move into evidence the Government's

2    Exhibits 930 and 930-B.

3          MS. LEPLEY:  No objection, Your Honor.

4          THE COURT:  Without objection, Government's 930

5    and 930-B are admitted.

6          [Thereupon, Government's Exhibit Nos. 930 and

7          930-B admitted into evidence.]

8    BY MS. HAUCH:

9    Q    Ms. Gajadhar, where did you grow up?

10   A    I grow up in Elsecar.

11   Q    Is that in Trinidad?

12   A    Yes, ma'am.

13   Q    Did you go to school there?

14   A    Yes, ma'am.  I went in Elsecar.  Aroundways is --

15   school in Elsecar.

16          THE COURT:  Did you intend to have an exhibit up

17   or not?

18          MS. HAUCH:  Not at this time, thank you, Your

19   Honor.  Oh, I'm sorry, I did intend to publish it to the

20   jury.  Thank you for reminding me.  May I publish Exhibits

21   930 and 930-B at this time?

22          THE COURT:  You may.  Please proceed.

23   BY MS. HAUCH:

24   Q    Ms. Gajadhar, are you acquainted with a man you know as

25   Alladin John?

8

```
 1   A    Yes, ma'am.

 2   Q    Did he have a nickname?

 3   A    Balo.

 4   Q    Did you go to school with him?

 5   A    Yes, ma'am.

 6   Q    For about how many years?

 7   A    About eight to nine years we went to school together.

 8   Q    Did there come a time when he moved away from Trinidad

 9   that you know of?

10   A    Yes.

11   Q    Do you know where he went?

12   A    He told us he went to the states, he came back here.

13              MS. LEPLEY:  Objection.

14              THE COURT:  Just a second.  Excuse us for a

15   second.

16              The objection is hearsay?  Wait a minute.  Any

17   response?

18              MS. HAUCH:  I'll rephrase.

19              THE COURT:  Sustain the objection.

20   BY MS. HAUCH:

21   Q    Did there come a time when you saw Balo less

22   frequently?

23   A    He always go and come.  And when he come, he come to us

24   to visit.

25   Q    Did there come a time when you saw him when he was
```

9

```
 1    wearing any particular dress?

 2    A    Yes.  He wear his uniform, army uniform.  And he told

 3    us he joined the army.

 4    Q    Which army?

 5              MS. LEPLEY:  Objection, hearsay, Your Honor.

 6              THE COURT:  Just a second.

 7              THE WITNESS:  Yes.

 8              THE COURT:  The objection is sustained.  The

 9    reason for the objection, ma'am, is that you can't tell us

10    what he said.  You can only tell us what you observed.

11              THE WITNESS:  Yes.

12              THE COURT:  Go ahead, Ms. Hauch.

13    BY MS. HAUCH:

14    Q    Did you see, from looking at his uniform, what army it

15    was that he joined?

16    A    On his uniform it marked United States.

17    Q    In years after that, did your family somehow become

18    linked with Balo's family?

19    A    Yes.

20    Q    How?

21    A    His sister married my husband's brother.

22    Q    What is Balo's sister's name?

23    A    His?

24    Q    What is his sister's name, the one who married the

25    brother of your husband?
```

1    A    Angel John.

2    Q    What is your husband's name, please?

3    A    My husband is Sham Gajadhar.

4    Q    And over the years between the time you saw him in the

5    uniform and more recent years up until 2005, did he come

6    visit you at sometime?

7    A    Yes, ma'am.

8    Q    Now, I'd like to turn your attention specifically to a

9    certain day, which is April 6th, 2005, at about 6:30 in the

10    evening.

11    A    Yes, ma'am.

12    Q    Do you remember if you were at the Samaan Tree Bar

13    then?

14    A    Yes, ma'am.

15    Q    Can you tell us what happened then?

16    A    I went from front of the bar looking at my daughter and

17    her son going home.  I always do when hey left to go home.

18    Q    Was Balo at the bar?

19    A    Yes, ma'am.

20    Q    What was he doing?

21    A    They were having a beer.

22    Q    What happened next?

23    A    Then I leaned to the gate by the bar, and I saw my

24    daughter stop to speak to her cousin because he wanted to

25    invite two of the children to go to Cricket.  So I stand up

11

1    there looking at them.  Then this tall person walked towards

2    the rubber span on the road, where he pulled out

3    something -- a gun and said don't move.  And I get scared

4    and I started to walk.  And then he walked towards the bar.

5            And another one come around the bar with a tall

6    hat on his head.  And he said, you we come for.  And then he

7    grab Balo and they pull him outside.  And they slap him and

8    throw him in the car.  And then I started to -- and then my

9    children call the police, and they call for him.

10   Q    Ma'am, when the man said, it's you we come for, to whom

11   was the man speaking, if you could tell?

12   A    To Balo, because they hold him.  They hold his two

13   hands and they drag him out with the chair.  He didn't let

14   go of the chair, and they slap him.  And then that's when

15   they push him in the car.

16   Q    And you said one of the man was wearing a tall hat.

17   What kind of hat are you describing?

18   A    A colored hat.  A tall, colored hat.

19   Q    What did you do when you saw the men with the guns?

20   A    I got frightened, and I had my face like this.  And I

21   started to pray and scream.

22   Q    Could you see what the other people at the bar, the

23   other patrons of the bar were doing at that moment?

24   A    They stooped down and hide, and some of them were lying

25   down in the bar and panicking.  Like myself, frightened.

12

1    Q    What did you see the men do after they dragged Balo out

2    of the bar and he was holding onto the chair?

3    A    They put him in the car.  The car that was waiting, and

4    they call the car.  And they put him in there, and they

5    drove off.

6    Q    What happened with the chair?

7    A    The chair remains in the front of the bar until the

8    police come.

9    Q    Where did this car come from that they put him in?

10   A    The car was at the corner, parked on King Street in the

11   Roundways.

12   Q    Did the car pull off?  What did the car do?

13   A    The car -- when they give him signal to come, the

14   driver drove the car in front of the bar.

15   Q    After they put him in the car, what did you see?

16   A    I started to go, and they drove off with him.

17   Q    What did you do next?

18   A    My children called the police.  And then we called

19   Balo's mom and tell her what happened.  And then right

20   after, we went to her.  And then I came back home and then I

21   got sick.  They rush me to the hospital.

22   Q    What is Balo's mother's name that you said you

23   contacted?

24   A    Baby John.

25   Q    The second man that you mentioned with the tall hat,

13

1   did you see if he had a gun?

2   A    Yes, he had a gun.

3   Q    Who went to Baby's house then, to Balo's mother's

4   house?

5   A    We call her, my husband, my daughter, my son and

6   myself.  We all drove to Balo's mother's house.

7   Q    And what was your purpose in going there?

8   A    To tell her what happened.

9   Q    What did you do after that?

10  A    We came back home.

11  Q    How were you feeling at that time?

12  A    Huh?

13  Q    How were you feeling physically yourself?

14  A    I started to get sick.  I started to get short breath

15  and cold sweat because I am a heart patient.  And then my

16  children took me to Mount Hope Hospital, where I remain four

17  days.

18  Q    Ma'am, I'd like to know bring up the photos.  Again, if

19  I can see Exhibit 930.  And I'd like you to look at that

20  photo and then to please describe to us where you were.  Can

21  you describe to us, based on looking at the photo, where you

22  were?

23  A    I was on the gate here, leaning up.  Right on this gate

24  here.

25  Q    Are you indicating what would be the right side of the

14

1    photo, where the gentleman in the pinkish shirt is standing

2    in the photo?

3    A    Yes, ma'am.

4    Q    Can you indicate to us, please, where was Balo?

5    A    Balo was right at the side of the entrance here, on

6    this side of the wall, where the chair leaning to the wall.

7    Q    In the photo in the background, there's an individual

8    wearing a white shirt.  Are you indicating the table that is

9    in front of that?

10   A    He was in the back of Balo at the bar, at the counter

11   at the bar.

12   Q    Can we move to photo 930-B, please?  The table that we

13   see in the foreground, can you tell us who was at -- was he

14   at that table?

15   A    Yeah, this table right here.  He was right here.

16   Q    Which -- was he sitting with his back or was he facing

17   out?

18   A    His back were at the wall.

19   Q    So when you say the wall, do you mean that the chair he

20   was in is the one closest to the entrance to the outside

21   that we're looking at?

22   A    Yes, ma'am.

23   Q    Where were you walking from, which direction?

24   A    I come from my apartment, my house, and walk on the

25   side of the building, to the front gate.

15

1    Q    Can we go back to 930, please?  So looking at 930,

2    Exhibit 930, which side of this were you on when you watched

3    this?

4    A    Where the fella with the pink shirt here, right there.

5    Q    And where did the man with the gun, the first one come

6    from?

7    A    He came out from the -- by the road, by the rubber

8    span, walked towards me here, and then pulled a gun and said

9    don't move.

10          MS. HAUCH:  Your Honor, if I could, I'd like to

11    have the witness to step down and indicate on that monitor,

12    because it's hard to indicate from the witness stand with

13    this system.

14          THE COURT:  That's fine.

15    BY MS. HAUCH:

16    Q    Ms. Gajadhar, if you could just please step down and

17    show us.  I'm going to had you a microphone here so we can

18    make sure that the court reporter can pick up everything

19    that you're saying.

20          And if I can just ask you please to step just a

21    little bit to the side so that the jurors will have a good

22    view of what you're indicating to them, please?

23    A    Yes, ma'am.

24    Q    If you can -- first of all, point to where you were?

25    A    I was here (indicating.)  Right there on the wall

16

1   leaning up there on the gate.

2   Q    And where was Balo?

3   A    Right here (indicating).

4   Q    Where did first the first man, and then the second man

5   with the gun, where did they come from?

6   A    The first man came towards me here, from the road.  And

7   stand in front of me and said don't move.

8   Q    Where did the second man come from?

9   A    The second man come from the other side of the road,

10  and come to this entrance of the gate, on this side, close

11  to Balo.  From inside, close to Balo.

12  Q    Where was this car?

13  A    The car was right a little way up the road on the

14  corner of King and Park Street, which is right on the road.

15  Q    Can we see in this photo where the car pulled up?

16  A    The car pulled up right in front of here (indicating)

17  on the road.

18  Q    Thank you, ma'am.  I have no more questions.  You can

19  go back to the witness stand.

20            THE COURT:  Ms. Lepley?

21            MS. LEPLEY:  Thank you, Your Honor.

22                         CROSS-EXAMINATION

23  BY MS. LEPLEY:

24  Q    Good afternoon, Ms. Gajadhar.

25  A    Good afternoon.

17

1    Q    Ms. Gajadhar, the Samaan Tree Bar, is that a bar that

2    sells alcohol?

3    A    Yes, ma'am.

4    Q    And was Mr. Maharaj drinking that day?

5    A    Yes, ma'am.

6    Q    Can you tell us -- well, you're not here because you

7    can testify that either man with the gun is the man sitting

8    over here, right?

9    A    I didn't make out anybody, ma'am.

10   Q    Okay.  So you're not able to say that he had -- he was

11   either man with the gun?

12   A    No, ma'am.

13   Q    Or the man in the car, right?

14   A    No, ma'am.

15   Q    And, in fact, you've never seen this man before, have

16   you?

17   A    No, ma'am.

18            MS. LEPLEY:  I have no further questions.

19            THE COURT:  Ms. Hauch?

20            MS. HAUCH:  No redirect.

21            THE COURT:  All right.  Ms. Gajadhar, you may step

22   down.  Thank you very much for coming.

23            THE WITNESS:  Thank you very much, Your Honor.

24            MR. HEGYI:  Your Honor, may this witness be

25   excused?

```
 1              THE COURT:  You may be excused.

 2              MR. HEGYI:  The government calls Davie Ganace.

 3              Thereupon,

 4                          DAVIE GANACE,

 5   having been called as a witness for and on behalf of the

 6   GOVERNMENT, and having been first duly sworn by the Deputy

 7   Clerk, was examined and testified, as follows:

 8              THE WITNESS:  Yes.

 9                         DIRECT EXAMINATION

10   BY MR. HEGYI:

11   Q     Could you give us your full name, please, and spell

12   your first, middle and last names for us?

13   A     Davie, last name, Ganace.  D-A-V-I-E, L-U-T-C-H-M-I-E,

14   G-A-N-A-C-E.

15   Q     Thank you.  How old are you, please?

16   A     I'm 32.

17   Q     What country do you live in?

18   A     Trinidad.

19   Q     Where were you born?

20   A     Port of Spain.

21   Q     And how long have you lived in Trinidad and Tobago?

22   A     All my life.

23   Q     What general area of Port of Spain do you live in?

24   A     The Elsecar area.

25   Q     And did I ask you how old you were?
```