FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/24/2006

CHRISTOPHER BOURNE voluntarily agreed to an interview while detained at the Aruca Police Station in Aruca, Trinidad. BOURNE was fully aware of the FBI's presence and he voluntarily agreed to provide a statement to the FBI. Prior to the interview BOURNE executed an enhanced "Notification of Rights" form after he read, initialed, and signed the document at the appropriate locations. SEALEY identified himself as CHRISTOPHER BOURNE of Kingston Avenue and LaCanoa Road, Santa Cruz, Trinidad; Date of Birth: June 23, 1971; Height 5 feet 9 inches; 160 pounds; Dark-Complected; with a beard. BOURNE provided the following information regarding events that led to the kidnap and murder of Balram Bachu Maharaj.

BOURNE's father owns a mini mart food store and while working at the store he received a visit from WAYNE PIERRE, a person he also knows as "Ninja". BOURNE initially met PIERRE in high school at Bourg Mulatresse Roman Catholic School. BOURNE could not recall exactly when PIERRE visited him but he believes it was in January 2005. PIERRE told BOURNE the he (PIERRE) "had some things lined up,"; and that "he and his soldiers had some things lined up". PIERRE arranged a meeting for BOURNE to attend the following day at the "Mellow Moods Bar." The following day BOURNE went to the "Mellow Moods Bar" in Bourg Mulatresse. BOURNE noticed that three soldiers and two civilians were at the bar. BOURNE identified one of the civilians as a person he knows only as "Shaka" and he identified the other civilian as PIERRE. BOURNE did not know the three soldiers but he described them as follows: (Soldier#1, tall, slim, dark complected with black hair); (Soldier#2, short, round face, approximately 5'8" tall, brown skin); (Soldier#3 brown/fair skin, 5'8" tall, medium build). BOURNE does not know soldier#3 but recognizes him as the person who was "riding hard" with PIERRE and was thrown out of the defense force. BOURNE has also seen soldier#3 with PIERRE in Bourg Mulatresse.

The discussion at the "Mellow Moods" bar concerned an American soldier who "limes" in Aranguez. Two of the soldiers were saying that they want to kidnap the American soldier for ransom. PIERRE and a soldier specifically asked BOURNE and "Shaka" to kidnap the American soldier. Soldier#3 told BOURNE and "Shaka" that the American soldier is wearing a pink shirt. After discussing the kidnaping plan BOURNE and "Shaka" received instructions to get into a vehicle that had been parked near the bar. BOURNE did not recall the color or make of the vehicle. Upon entering the vehicle BOURNE sat in the back seat on the right side behind the driver and "Shaka" sat in the back seat behind the front passenger. Seated in the same vehicle were an individual BOURNE knows as "Saucy" who sat in the driver's seat and PIERRE who sat in the front passenger seat. In discussing what should occur upon reaching the kidnap location, PIERRE instructed them to allow the first vehicle to make a pass around the bar where the victim is located and park in an area where the occupants can have a full view of the bar. PIERRE also instructed "Saucy" to make a pass around the bar. BOURNE advised that PIERRE exited the vehicle before they departed Aranguez.

BOURNE does not know the name of the bar where the kidnaping occurred; however, upon arriving at the bar he observed the first vehicle drive around the bar and park in an area that provides a full view of the bar. As the first vehicle passed the bar soldier#3, who was alone in the first

---

Investigation on  8/24/2006  at  Port of Spain, Trinidad

File # 256C-MM-106219                                 Date dictated  8/8/2006

by  ALAT Marvin L. Freeman

GOVERNMENT
EXHIBIT
D

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and it and its contents are not to be distributed outside your agency.

...za (Rev. 10-6-95)

256C-MM-106219

itinuation of FD-302 of ____Michael Bourne Sealey_____, On __8/24/2006__, Page __2__

vehicle, pointed towards the bar and "Saucy" stated "that's the man in there with the pink shirt." Because PIERRE had exited the second vehicle before leaving Aranguez, BOURNE, "Shaka", and "Saucy" were the only occupants of the second vehicle. With "Saucy" driving, the second vehicle drove around the bar and upon making a second approach toward the bar, "Saucy" parked the vehicle across the street from the bar. Shortly thereafter Soldier#3 entered the second vehicle and gave BOURNE and "Shaka" each a gun. Soldier#3 had both guns in his waistband. Soldier#3 gave BOURNE a 9mm pistol and "Shaka" was given a .38 caliber revolver. After providing BOURNE and "Shaka" with guns soldier#3 exited the second vehicle.

BOURNE and "Shaka" exited the second vehicle and went into the bar as "Saucy" remained in the driver's seat. As "Shaka" stood behind the victim, BOURNE approached the victim and stated "we come for you." As BOURNE pointed the gun into the victim's back, the victim stood up and said "not me" and pointed to someone else in the bar. The victim eventually complied with BOURNE's demand and as the victim walked out of the bar with BOURNE and "Shaka", BOURNE kept the gun pointed into the victim's back. When BOURNE and "Shaka" returned to the second vehicle, "Shaka" took control of the victim and placed the victim in the middle of the back seat so that the victim would be seated between "Shaka and BOURNE. Shortly thereafter the first vehicle departed, followed by the second vehicle containing the victim.

BOURNE advised that both vehicles went to Santa Cruz and stopped on Saddle Road. Immediately after stopping soldier#3, who drove the first vehicle, left to get PIERRE. Soon thereafter a third vehicle drove up with soldier#3 as the driver and PIERRE as the front passenger. BOURNE's only memory of the third vehicle is that it had four doors. PIERRE got out of the third vehicle, removed the victim from the second vehicle and placed the victim in the back seat of the third vehicle. PIERRE also sat next to the victim in the back seat of the third vehicle. As PIERRE removed the victim from the second vehicle BOURNE and "Shaka" also exited the second vehicle and "Saucy" immediately drove-off as the sole occupant of the second vehicle. After securing the victim in the back seat of the third vehicle, soldier#3 drove-off to an unknown location. BOURNE and "Shaka" took a taxi home.

On the same date of the abduction, but later that night, soldier#3 visited BOURNE and asked for the gun. Because BOURNE had given the gun to an acquaintance known as "Ted" for safekeeping, BOURNE sent soldier#3 to "Ted." After receiving the gun from "Ted", soldier#3 left. BOURNE is of the opinion that soldier#3 tried to "set him up" because when "Ted" removed the magazine from the pistol, they realized that the magazine was empty.

About two weeks later BOURNE saw PIERRE who told him that the victim died. PIERRE told BOURNE and everything is safe because he (PIERRE) "chopped-up" the victim's body and buried it in an area where no one will find the burial site. BOURNE advised that on this visit PIERRE was alone.