UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                    Criminal No.: 06-102 (JDB)

ANDERSON STRAKER

**MOTION FOR AN EXTENSION OF TIME TO FILE REPLIES TO OPPOSITIONS OF THE UNITED STATES TO MOTIONS FILED BY DEFENDANT AND POINTS AND AUTHORITIES IN SUPPORT THEREOF.**

Defendant, by and through undersigned counsel, does hereby respectfully set forth as follows:

1. Defendant filed a series of substantive motions addressing numerous issues presented by this complex and multiple party indictment. The United States has filed its oppositions to the motions.

2. The Court had previously established the date of August 22, 2008 for the defendants to file their replies to oppositions to motions. Undersigned counsel had rough drafted his replies to the oppositions and had expected to file the defendant's reply to each of the government oppositionss in a timely fashion. However, undersigned counsel was traveling during the week of August 18, 2008 and unexpectedly lost his internet access on August 22, 2008. This loss caused the delay in filing the pleadings that were due in August 22, 2008. Undersigned counsel has had his internet access restored and can now complete and file the replies to the government's oppositions. Counsel seeks leave to file his replies no later than August 25, 2008.

3. Defendant relies upon the record of prior proceedings in this mater and the discretionary powers of this Honorable Court is support of his request for an extension of time to file each

reply untimely.

                    Respectfully submitted,

                    _____/s/_____
                    Steven R. Kiersh #323329
                    5335 Wisconsin Avenue, N.W., Suite 440
                    Washington, D.C. 20015
                    (202) 347-0200

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that at true and accurate copy of the foregoing was served upon Bruce Hegyi, Esquire and Jeanne Hauch, Esquire, Assistant U.S. Attorneys, and all other counsel of record, VIA PACER, on this the 23rd day of August, 2008.

                    _____/s/_____
                    Steven R. Kiersh

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                        Criminal No. 06-102 (JDB)

ANDERSON STRAKER

**ORDER**

Upon consideration defendant's Motion for an Extension of Time to file his replies to the government's oppositions to his previously filed motions, there being good cause demonstrated, it is by this Court on this the ____ day of _____, 2008:

ORDERED, that the Motion for Extension of Time is granted; and,

IT IS FURTHER ORDERED that each reply of defendant to oppositions to motions filed by the United States is to be filed with the Court no later than August 25, 2008.

_____
Honorable John D. Bates
United States District Judge