UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                    Criminal No.: 06-102(JDB))

**ANDERSON STRAKER**

**STATUS REPORT REGARDING LETTERS ROGATORY**

      Undersigned counsel does hereby report as follows concerning the pending letters rogatory.

1.On August 29, 2008 counsel met for the second time with Carol Walker of the United States Department of State concerning the letters rogatory that were previously authorized by the Court.

2. Counsel provided Ms. Walker with a check in the amount of $725.00 made payable to the United States Embassy Port of Spain. Ms. Walker had previously represented to counsel that the funds would better enable the parties to track the progress of the letters rogatory as they are transmitted to the appropriate authorities in the Republic of Trinidad/Tobago.

2. Counsel provided the United States Department of State with another copy of the letters rogatory that were previously authorized by the Court.

4. Ms. Walker informed counsel that she will advise him of the status of the transmittal of the letters rogatory. Counsel will continue to keep the Court and the parties advised of the status of the letters rogatory.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Steven R. Kiersh #323329
                                                5335 Wisconsin Avenue, N.W., Suite 440
                                                Washington, D.C. 20015
                                                (202) 347-0200

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via PACER, upon all parties on this the 29th day of August, 2008.

                                                _____/s/_____
                                                Steven R. Kiersh